JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FIT BODY BOOT CAMP, INC.,

Plaintiff,

v.

ANDRIA LOPEZ ESPINOZA, et al.,

Defendants.

Case No. 5:25-cv-02036-SP

**JUDGMENT**

Pursuant to the Memorandum and Order Granting Motion for Default Judgment, IT IS HEREBY ADJUDGED THAT: (1) Judgment is entered in favor of plaintiff Fit Body Boot Camp, Inc. and against defendants Andria Lopez Espinoza and YL HIIT, LLC, in the amount of $69,177.90; and (2) defendants Andria Lopez Espinoza and YL HIIT, LLC are permanently enjoined from using plaintiff Fit Body Boot Camp, Inc.'s marks that are registered on the United States Patent and Trademark Office's Principal Register of Trademarks at Nos. 5329068 and 3853306, or any similar imitation for commercial use.

Dated: September 30, 2026

SHERI PYM
United States Magistrate Judge